SCOTT E. BRADFORD, OSB#062824
United States Attorney
District of Oregon
**PETER D. SAX**
Peter.Sax@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204
Telephone: (503) 727-1000
Attorneys for the United States

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **3:23-cr-00251-IM** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ROBERT QUINCY MONTGOMERY JR.,** | |
| **Defendant.** | **Sentencing: May 26, 2026 at 10:00 a.m.** |

The government recommends a sentence of 51 months' imprisonment.

## BACKGROUND

On July 7, 2023, Portland police officers responded to 157th Avenue in Southeast Portland after receiving a report of a person in a parking lot shooting at a man. Officers determined that the shooter was defendant and took him into custody. As part of the investigation, investigators searched defendant's residence, which was adjacent to the shooting scene. Officers recovered about 15 grams of fentanyl powder from a bag in the living room. In a safe found in defendant's bedroom, officers recovered about 1,850 grams of fentanyl powder, about 420 grams of a mixture or substance containing methamphetamine, and about 25 grams of

**Government's Sentencing Memorandum                                          Page 1**

heroin.  Officers also recovered firearms and ammunition from the residence that belonged to defendant, including a Zastava Arms model PAPM92PV, 7.62x39mm pistol and a Glock pistol. Investigators also seized $54,050 in U.S. currency belonging to defendant.

For the shooting, defendant was charged in Multnomah County with Attempted Murder and Unlawful Use of a Weapon.  That case, Multnomah County Circuit Court case number 23CR32477, remains pending.  For the drugs and guns, defendant was indicted federally and charged with: Count 1 – Possession with Intent to Distribute 400 grams or more of Fentanyl; Count 2 -  Possession with Intent to Distribute 50 grams or more of Methamphetamine; Count 3 – Felon in Possession of a Firearm; and Count 4 – Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

On August 28, 2025, defendant pleaded guilty to Count One of the Indictment (Possession with Intent to Distribute 400 grams or more of Fentanyl).  At the time of defendant's plea, the parties executed the plea agreement.  Its salient terms are as follows:

- **Base Offense Level**: The parties agree that the applicable base offense level is 32.

- **Gun Bump**: The parties agree that a two-level upward adjustment applies for possession of a firearm

- **Acceptance of Responsibility**: A three-level downward reduction applies.

- **Sentencing Recommendation**: The government will recommend the low end of the applicable guidelines range and will further recommend that this sentence run concurrent with the sentence imposed in Multnomah County Circuit Court case number 23CR32477.  Defendant may request an additional downward variance.

- **Waiver of Appeal/Post-Conviction Relief**: Defendant agreed to waive appeal and post-conviction relief with the usual exceptions.

/ / /

**Government's Sentencing Memorandum**                                                          **Page 2**

### <u>GOVERNMENT'S SENTENCING RECOMMENDATION</u>

The government agrees with the calculations in the PSR both regarding the base offense level, adjustments, and defendant's criminal history calculations (CHC I).   With all adjustments, defendant has a total offense level of 24, resulting in an advisory guidelines range of 51 to 63 months' imprisonment.  Given defendant's offense conduct, the circumstances of this case, and the terms of the executed plea agreement, the government recommends a sentence of 51 months' imprisonment as an appropriate sentence.

Dated: May 20, 2026.

Respectfully submitted,
SCOTT E. BRADFORD
United States Attorney

*/s/ Peter Sax*
PETER D. SAX
Assistant United States Attorney